# EXHIBIT A

STATE OF DELAWARE      :ss
COUNTY OF NEW CASTLE

### AFFIDAVIT OF ALICIA DEBONIS

Alicia DeBonis, being duly sworn upon her oath deposes and says:

1. I am over the age of eighteen years, am suffering from no mental disability, and am legally competent to make this Affidavit. This Affidavit is based on my personal knowledge and my review of the business records of Corporation Service Company dba CSC-Lawyers Incorporating Service Company (hereafter referred to as "CSC"), kept in the regular and ordinary course of business.

2. I am a Manager in CSC's Litigation Management Department. One of my job responsibilities is accessing and reviewing CSC's business records of the receipt and handling of legal documents delivered to CSC as the registered agent for legal entities, and communicating with CSC's customers and agents to determine whether, when, and how CSC received and handled such legal documents.

3. CSC is headquartered in Wilmington, Delaware, and has offices or agents in all 50 states. CSC has been providing registered agent and related services for more than 100 years. As a national provider of registered agent services, CSC provides legal entities with a registered agent and/or registered office in the state where the entity is domiciled, and/or the states where they are qualified or registered to do business. As a registered agent, CSC receives legal documents directed to such entities that have appointed it as their registered agent for service and then forwards the served legal documents to the entities.

4. CSC creates and maintains records of its receipt and handling of all legal documents served upon it on behalf of the companies for which it is a registered agent. CSC's customary business practice after receiving a legal document is as follows: Legal documents are delivered to CSC's offices or agents electronically, by mail, or personally, in paper format. On the same day that CSC receives a legal document, the entire document is scanned and logged into CSC's Litigation Management System ("LMS"), a proprietary centralized database designed to capture essential information about each legal document CSC receives. After a legal document is scanned and logged, CSC notifies its customer of its receipt of the document. CSC provides notice of the document via email, by Federal Express, or on one of CSC's own document viewing platforms, depending on its customer's direction. The electronic copies of legal documents received, and the information related to them that are contained in CSC's LMS database are business records made at or near the time of the event recorded by a person with knowledge and are prepared and kept by CSC in the regular and ordinary course of its business.

5. CSC is a registered agent service provider in the State of Texas.

6. CSC maintains an office location of 211 E. 7th Street, Ste 620 Austin, TX 78701 for the receipt and intake of documents on behalf of business entities that have designated CSC as their registered agent in Texas.

7. CSC acts as the registered agent for Meta Platforms, Inc. in the State of Texas.

8. In Texas, CSC utilizes a courier service to pick up its mail from the U.S. Post Office in Austin.

9. CSC's courier service typically picks up mail from the Austin Post Office prior to 9:30am.

10. The courier service only does one mail pick up each day for CSC, Monday through Friday.

11. On Monday, June 23, 2025, CSC's courier retrieved, from the post office, certified mail package 7021 0950 0001 8415 0247, that contained a summons, order directing service of process, and complaint for damages directed to Meta Platforms, Inc. in the matter of *David R. Pete v. Facebook Data Breach a/k/a Meta Platforms, Inc.* case number 1:25-cv-00245 (the *Pete* matter).

12. CSC forwarded the documents in the *Pete* matter to Meta Platforms, Inc. the same day it was retrieved from the post office.

13. CSC has been made aware that the USPS tracking for the *Pete* certified mail package shows a delivery date of Friday, June 20, 2025 at 11:48am.

14. CSC's courier service did not retrieve the *Pete* matter until their next pickup on Monday, June 23, 2025.

15. CSC has picked up mail from this Austin post office for many years and, over that period, CSC has become aware that the practice of this post office, with respect to certified mail, is to record delivery as when the post office receives it, rather than when it is physically retrieved by CSC.

16. Despite numerous attempts to remedy this practice with the post office, they have remained unresponsive to CSC's requests.

17. CSC does not have a record of a summons, order directing service of process, and complaint for damages in the *Pete* matter being received for Meta Platforms, Inc. prior to June 23, 2025.

18. Further affiant sayeth naught.

_____
ALICIA DEBONIS

Sworn to and subscribed before me this
the 26th day of June, 2025

_____
Notary Public for the State of Delaware
My Commission expires: 4/23/2028

> **AYRIC WATSON**
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires April 23, 2028

3