IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 1:25-CV-00245-MAC-CLS |
| v. | § | |
| | § | |
| FACEBOOK DATA BREACH a/k/a | § | |
| META PLATFORMS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers David R. Pete's Request for Clerk's Entry of Default ("Motion").[1] After considering all associated briefing and argument, the Court is of the opinion that the Motion should be and hereby is DENIED.

IT IS SO ORDERED.

DONE this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 12.